UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

In Re: Terezia Daniuk
Case No. 22-10002-BAH
Chapter 13
Debtor

**FILED**

2022 OCT 20  AM 10: 33

CLERK OF THE
BANKRUPTCY COURT
DISTRICT OF NH

## TRUSTEE'S AFFIDAVIT OF UNCLAIMED FUNDS

I, LAWRENCE P. SUMSKI, Chapter 13 Trustee, being duly

sworn, do solemnly swear on my oath and say:

1.  That certain disbursements authorized by the Court
have been unable to be consummated in the above-cited
Chapter 13 case, and the case is otherwise ready to be
closed.

2.  That pursuant to § 347(a) and Rule 3011 I have now
cancelled a disbursement check, to wit:

> Check #8124
> Issued on: 6/9/2022
> Issued to: Terezia Daniuk
>            4 Robin Glen Road
>            Stratham, NH  03885
> In the amount of $4,327.20

3.  That the original, now cancelled check was sent to
the debtor via her attorney, James McDaniel, II at 472 High
Street #301, Somersworth, NH  03878 with a copy of the
correspondence being sent contemporaneously to the debtor at
the address listed above.

4.  That attached is my replacement check number 8156
in the amount of $4,327.20, payable to the Clerk of Court,
and these should be considered unclaimed funds.

I hereby certify the above-cited information to be true
to the best of my knowledge.

Respectfully submitted

Dated:  October 17, 2022

_____
Lawrence P. Sumski,
Chapter 13 Trustee
32 Daniel Webster Highway
Suite 15
Merrimack, NH   03054
(603) 626-8899
ID# BNH01460

CC Financial

On this the 17th day of October, 2022 before me, personally appeared Lawrence P. Sumski satisfactorily proven to be the person whose name is subscribed to the within instrument and acknowledged that he executed the same voluntarily and for the purposes therein contained.

Before me,

Notary Public

### CERTIFICATE OF SERVICE

I hereby certify that on this, the 17th day of October, 2022, a copy of the foregoing Affidavit of Unclaimed Funds was forwarded, by first class mail to Terezia Daniuk at 4 Robin Glen Road, Stratham, NH  03885, Debtor's Attorney, and the Office of the U.S. Trustee.

Dated:  October 17, 2022         /s/ Lawrence P. Sumski
                                 Lawrence P. Sumski